# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NATALIE MOYE, )<br>            Plaintiff, )<br>vs. )<br>NATIONAL DEFAULT SERVICING )<br>CORPORATION, )<br>            Defendant. ) | Case No. 2:14-cv-01334-APG-GWF<br><br>**ORDER** |

    This matter is before the Court on the parties' failure to file a proposed Stipulated Discovery Plan and Scheduling Order. The Complaint (#1) in this matter was filed August 15, 2014. Defendant filed a Motion to Dismiss (#10) on October 10, 2014. Pursuant to LR 26-1, the parties were required to meet and/or confer as required by Fed. R. Civ. P. 26(f) within 30 days after the first defendant answered or otherwise appeared, and 14 days thereafter to file a mandatory stipulated discovery plan and scheduling order. To date, the parties have not complied. Accordingly,

    **IT IS HEREBY ORDERED** that the parties shall file a stipulated Discovery Plan and Scheduling Order not later than **December 29, 2014** in compliance with the provisions of LR 26-1 of the Rules of Practice of the United States District Court for the District of Nevada.

    DATED this 16th day of December, 2014.

*George Foley, Jr.*
GEORGE FOLEY, JR.
United States Magistrate Judge