**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

| | |
|---|---|
| NATALIE MOYE,<br><br>           Plaintiff,<br><br>   v.<br><br>NATIONAL DEFAULT SERVICING CORPORATION,<br><br>           Defendant. | Case No. 2:14-CV-01334-APG-GWF<br><br>**ORDER**<br><br>(Dkt. #10) |

In light of the parties' notice of settlement (Dkt. #16),

IT IS ORDERED that all pending dates and filing requirements in the case are vacated.

IT IS FURTHER ORDERED that the parties shall file a stipulation to dismiss this action or before July 3, 2015. If the parties do not file a stipulation to dismiss by that date, then they must file a status report on or before July 3, 2015.

IT IS FURTHER ORDERED that defendant's motion to dismiss (Dkt. #10) is DENIED without prejudice as moot.

DATED this 12th day of May, 2015.

                                                            ANDREW P. GORDON<br>
                                                            UNITED STATES DISTRICT JUDGE